B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jankowski, David Jr** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Jankowski, Laura Cecilia** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Morgan Motors, Inc** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0288** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6314** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2245 Toftrees Trail**<br>**Elgin, IL**<br><br>ZIP Code **60123** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2245 Toftrees Trail**<br>**Elgin, IL**<br><br>ZIP Code **60123** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                   Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Jankowski, David Jr**
**Jankowski, Laura Cecilia**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X /s/ Richard G. Fonfrias**      **November 7, 2014**<br>Signature of Attorney for Debtor(s)        (Date)<br>**Richard G. Fonfrias** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| | |
|---|---|
| | **Name of Debtor(s):** |
| | **Jankowski, David Jr** |
| | **Jankowski, Laura Cecilia** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Jankowski, Jr**
Signature of Debtor **David Jankowski, Jr**

X **/s/ Laura Cecilia Jankowski**
Signature of Joint Debtor **Laura Cecilia Jankowski**

Telephone Number (If not represented by attorney)

**November  7, 2014**
Date

### Signature of Attorney*

X **/s/ Richard G. Fonfrias**
Signature of Attorney for Debtor(s)

**Richard G. Fonfrias**
Printed Name of Attorney for Debtor(s)

**Fonfrias Law Group, LLC**
Firm Name

**70 West Madison St**
**Suite 1400**
**Chicago, IL 60602**

Address

**Email: rfonfrias2025@gmail.com**
**(312) 969-0730  Fax: (312) 624-7954**
Telephone Number

**November  7, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **David Jankowski, Jr** _____ Case No. _____
**Laura Cecilia Jankowski** _____
                          Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ David Jankowski, Jr**
                             **David Jankowski, Jr**
Date:   **November  7, 2014**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **David Jankowski, Jr**    **Laura Cecilia Jankowski**      Case No. _____

Debtor(s)      Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Laura Cecilia Jankowski**
_____
**Laura Cecilia Jankowski**

Date:   **November 7, 2014**
_____

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **David Jankowski, Jr,**
      **Laura Cecilia Jankowski**

Case No. _____

                                       ,

                            Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 221,621.00 | | |
| B - Personal Property | Yes | 3 | 29,839.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 329,154.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 35,433.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 553,442.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,861.43 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,855.00 |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| | | Total Assets | 251,460.00 | | |
| | | | Total Liabilities | 918,029.00 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **David Jankowski, Jr,**
**Laura Cecilia Jankowski**

Case No. _____

_____,    Chapter _____**7**_____
                                    Debtors

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 35,433.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 35,433.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,861.43 |
| Average Expenses (from Schedule J, Line 22) | 3,855.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,794.76 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 83,652.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 35,433.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 553,442.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 637,094.00 |

B6A (Official Form 6A) (12/07)

.

In re     **David Jankowski, Jr,**                                          Case No. _____
          **Laura Cecilia Jankowski**
                                                                  ,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Primary Residence**<br>**4BR 3BA Single Family Home**<br>**2245 Toftrees Trail**<br>**Elgin IL 60123**<br><br>Purchased 2/07, $315,000 | **Fee Simple** | **J** | **221,621.00** | **299,054.00** |

|  | Sub-Total > | 221,621.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 221,621.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **David Jankowski, Jr,**                                                    Case No. _____
         **Laura Cecilia Jankowski**
_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account 7336 Chase Bank** | J | 170.00 |
| | | **Passbook Savings account 4620 held jointly with minor child Itasca Bank and Trust** | J | 20.00 |
| | | **PayQuicker account** | W | 13.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Household Goods and Furnishings** | J | 2,885.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Misc. Wearing Apparel** | J | 500.00 |
| 7.  Furs and jewelry. | | **Misc. Jewelry** | J | 800.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Sing 22 caliber Ruger 9mm** | J | 300.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **4,688.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **David Jankowski, Jr,**
        **Laura Cecilia Jankowski**

Case No. _____

_____ ,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **David Jankowski, Jr,**                                        Case No. _____
         **Laura Cecilia Jankowski**

                                                    ,
                                          Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Cadillac Escalade ESV 101,500 miles **Check engine light and trim need minor repairs**** | J | 23,881.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Tool chest, misc. tools, engine hoist, air compressor Public Storage 830 Steel Street, Elgin IL 60123** | J | 500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Computer, printer, office furniture** | J | 400.00 |
| | | **Tools and equipment used in home and yard maintenance** | J | 370.00 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 25,151.00 |
| Total > | 29,839.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re   **David Jankowski, Jr,**                                          Case No. _____
**Laura Cecilia Jankowski**
_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account 7336** | 735 ILCS 5/12-1001(b) | 170.00 | 170.00 |
| **Chase Bank** | | | |
| **Passbook Savings account 4620 held jointly with minor child** | 735 ILCS 5/12-1001(b) | 20.00 | 20.00 |
| **Itasca Bank and Trust** | | | |
| **PayQuicker account** | 735 ILCS 5/12-1001(b) | 13.00 | 13.00 |
| **Household Goods and Furnishings** | | | |
| **Misc. Household Goods and Furnishings** | 735 ILCS 5/12-1001(b) | 2,885.00 | 2,885.00 |
| **Wearing Apparel** | | | |
| **Misc. Wearing Apparel** | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| **Misc. Jewelry** | 735 ILCS 5/12-1001(b) | 800.00 | 800.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Sing 22 caliber** | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| **Ruger 9mm** | | | |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Tool chest, misc. tools, engine hoist, air compressor** | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Public Storage 830 Steel Street, Elgin IL 60123** | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Computer, printer, office furniture** | 735 ILCS 5/12-1001(b) | 400.00 | 400.00 |
| **Tools and equipment used in home and yard maintenance** | 735 ILCS 5/12-1001(b) | 370.00 | 370.00 |

|   | Total: | **5,958.00** | **5,958.00** |
|---|---|---|---|

___0___   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **David Jankowski, Jr,**   Case No. _____
**Laura Cecilia Jankowski**
_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx6493** | | | 8/13 | | | | | |
| **Ally Financial** Po Box 380901 Minneapolis, MN 55438 | | J | **Auto Lien** **2008 Cadillac Escalade ESV** **101,500 miles** ***Check engine light and trim need minor repairs*** | | | | | |
| | | | Value $           23,881.00 | | | | 30,100.00 | 6,219.00 |
| Account No. **xxxxx7448** | | | 2/07 | | | | | |
| **Bank of America Home Loans** Po Box 26078 Greensboro, NC 27420 | | J | **Second Mortgage** **Primary Residence** **4BR 3BA Single Family Home** **2245 Toftrees Trail** **Elgin IL 60123** **Purchased 2/07, $315,000** | | | | | |
| | | | Value $           221,621.00 | | | | 61,054.00 | 61,054.00 |
| Account No. | | | | | | | | |
| **Manley Deas Kochalski** **One East Wacker** **Suite 1250** **Chicago, IL 60601** | | | **Additional Notice** **Bank of America Home Loans** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xxxxxx9732** | | | 2/07 | | | | | |
| **Nationstar Mortgage** Po Box 650783 Dallas, TX 75265 | | J | **First Mortgage** **Primary Residence** **4BR 3BA Single Family Home** **2245 Toftrees Trail** **Elgin IL 60123** **Purchased 2/07, $315,000** | | | | | |
| | | | Value $           221,621.00 | | | | 238,000.00 | 16,379.00 |

   __1__   continuation sheets attached

|  | Subtotal (Total of this page) | 329,154.00 | 83,652.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **David Jankowski, Jr,**                                             Case No. _____
    **Laura Cecilia Jankowski**
_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Manley Deas Kochalski** **One East Wacker** **Suite 1250** **Chicago, IL 60601** | | | **Additional Notice** **Nationstar Mortgage** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 329,154.00 | 83,652.00 |

B6E (Official Form 6E) (4/13)

.

In re    **David Jankowski, Jr,**                                              Case No. _____
         **Laura Cecilia Jankowski**

_____,
                                       Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **David Jankowski, Jr,**            Case No. _____
         **Laura Cecilia Jankowski**
                                        ,
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx0090** | | | **12/12** | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section, Level 7-425 100 W Randolph St Chicago, IL 60601** | | J | **Sales tax owed** | | | | | 0.00 | |
| | | | | | | | 35,433.00 | | 35,433.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 35,433.00 | 35,433.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 35,433.00 | 35,433.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **David Jankowski, Jr,**                                    Case No. _____
         **Laura Cecilia Jankowski**
                                                              ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8200 <br><br> **1st AYD Corporation** <br> **Po Box 5298** <br> **Elgin, IL 60121** | J | | 6/13 <br> **Business Supplies** | | | | **296.00** |
| Account No. <br><br> **Brown and Joseph Ltd** <br> **Po Box 59838** <br> **Schaumburg, IL 60159** | | | **Additional Notice** <br> **1st AYD Corporation** | | | | **Notice Only** |
| Account No. xxxxx-xx1488 <br><br> **700 Credit** <br> **Po Box 101015** <br> **Pasadena, CA 91189** | J | | 6/13 <br> **Business Service** | | | | **1,544.00** |
| Account No. <br><br> **McCarthy Burgess & Wolfe** <br> **2600 Cannon Rd** <br> **Cleveland, OH 44146** | | | **Additional Notice** <br> **700 Credit** | | | | **Notice Only** |

|  | Subtotal <br> (Total of this page) | **1,840.00** |
|---|---|---|

__35__  continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    S/N:41239-141010    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**   Case No. _____
       **Laura Cecilia Jankowski**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Morgan**<br><br>**A to Z Auto Sales**<br>**c/o Robert Schultz**<br>**442 W St Charles Rd**<br>**Villa Park, IL 60181** | | J | 2012<br>**Business Inventory** | | | | 4,500.00 |
| Account No. **xxxxxx8200**<br><br>**Ace Industrial Supply Inc**<br>**7535 San Fernando Blvd**<br>**Burbank, CA 91505** | | J | 7/12<br>**Business Supplies** | | | | 221.00 |
| Account No.<br><br>**Ace Industrial Recovery Dept**<br>**7535 San Fernando Blvd**<br>**Burbank, CA 91505** | | | Additional Notice<br>Ace Industrial Supply Inc | | | | Notice Only |
| Account No. **xxxx9847**<br><br>**ADT**<br>**1501 Yamato Rd**<br>**Boca Raton, FL 33431** | | J | 6/13<br>**Business Security Services** | | | | 800.00 |
| Account No.<br><br>**Richard T Avis & Assoc**<br>**Po Box 1008**<br>**Arlington Heights, IL 60006** | | | Additional Notice<br>ADT | | | | Notice Only |

Sheet no. __1__ of __35__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)        **5,521.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Jankowski, Jr,**                                    Case No. _____
**Laura Cecilia Jankowski**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tate & Kirlin**<br>**2810 Southampton Rd**<br>**Philadelphia, PA 19154** | | | Additional Notice<br>**ADT** | | | | **Notice Only** |
| Account No. **xxx1387**<br><br>**Air Gas USA**<br>**6055 Rockside Woods Blvd N**<br>**Independence, OH 44131** | | J | 6/13<br>**Business Services** | | | | **3.00** |
| Account No. **xxxxxxxxxxxx7021**<br><br>**Amazon/GE Capital**<br>**Attn: Bankruptcy Dept**<br>**Po Box 103104**<br>**Roswell, GA 30076** | | J | 6/13<br>**Misc. Charge Card Purchases** | | | | **489.00** |
| Account No.<br><br>**Enhanced Recovery Comapny**<br>**Po Box 57547**<br>**Jacksonville, FL 32241** | | | Additional Notice<br>**Amazon/GE Capital** | | | | **Notice Only** |
| Account No.<br><br>**Sync**<br>**Po Box 965015**<br>**Orlando, FL 32896** | | | Additional Notice<br>**Amazon/GE Capital** | | | | **Notice Only** |

Sheet no. __2__ of __35__ sheets attached to Schedule of                    Subtotal                  **492.00**
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Jankowski, Jr,**
    **Laura Cecilia Jankowski**
                                   ,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx9643** | | | | | 6/13 Old Rent/Utilities | | | | |
| **Ambit Energy** **Po Box 660442** **Dallas, TX 75266** | | | J | | | | | | 615.00 |
| Account No. | | | | | Additional Notice Ambit Energy | | | | |
| **Credit Protection Association** **13355 Noel Rd** **Suite 2100** **Dallas, TX 75240** | | | | | | | | | Notice Only |
| Account No. | | | | | Additional Notice Ambit Energy | | | | |
| **Credit Protection Association** **Po Box 9037** **Addison, TX 75001** | | | | | | | | | Notice Only |
| Account No. **Morgan** | | | | | 6/13 Business Supplies | | | | |
| **AR Supply** **120 Anton Dr** **Romeoville, IL 60446** | | | J | | | | | | 166.00 |
| Account No. **xxxxxxxx9086** | | | | | 6/10 Old Rent/Utilities | | | | |
| **AT&T** **Bankruptcy Department** **PO Box 769** **Arlington, TX 76004** | | | J | | | | | | 1,115.00 |

Sheet no. __3___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
             (Total of this page)

**1,896.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Jankowski, Jr,**  
    **Laura Cecilia Jankowski**  
                                      Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IC System, Inc**<br>**444 Highway 96 East**<br>**Po Box 64437**<br>**Saint Paul, MN 55164** | | | Additional Notice<br>AT&T | | | | **Notice Only** |
| Account No. **x0385**<br><br>**Auto Focus**<br>**655 W Grand Ave**<br>**Suite 120**<br>**Elmhurst, IL 60126** | | J | 6/12<br>Business Services | | | | **3,500.00** |
| Account No. **xxxxx6083**<br><br>**Auto Owners Insurance**<br>**Po Box 30315**<br>**48909** | | J | 6/13<br>Business Insurance | | | | **3,504.00** |
| Account No.<br><br>**Caine and Weiner**<br>**15025 Oxnard St**<br>**Suite 100**<br>**Van Nuys, CA 91411** | | | Additional Notice<br>Auto Owners Insurance | | | | **Notice Only** |
| Account No.<br><br>**Caine and Weiner**<br>**1699 E Woodfield Rd**<br>**#360**<br>**Schaumburg, IL 60173** | | | Additional Notice<br>Auto Owners Insurance | | | | **Notice Only** |

Sheet no. __4__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)      **7,004.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Jankowski, Jr,**     Case No. _____
    **Laura Cecilia Jankowski**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx7579** | | | | 6/13 Business supplies | | | | |
| **Auto Zone** **2035 Bloomingdale** **Glendale Heights, IL 60139** | | J | | | | | | 1,398.00 |
| Account No. | | | | Additional Notice Auto Zone | | | | |
| **Pro Consulting Services** **c/o Collections Division** **Po Box 66510** **Houston, TX 77266** | | | | | | | | Notice Only |
| Account No. **xxxx3487** | | | | 6/12 Business Services | | | | |
| **AutoTrader** **2221 Camden Court** **Oak Brook, IL 60523** | | J | | | | | | 3,024.00 |
| Account No. | | | | Additional Notice AutoTrader | | | | |
| **Law Offices of Brian J Ferber** **5611 Fallbrook Ave** **Woodland Hills, CA 91367** | | | | | | | | Notice Only |
| Account No. **xxxxxx8200** | | | | 6/10 Business Services | | | | |
| **Bar None** **Po Box 31291** **Oakland, CA 94604** | | J | | | | | | 1,475.00 |

Sheet no. __5__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **5,897.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __David Jankowski, Jr,__                                    Case No. _____
__Laura Cecilia Jankowski__
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Morgan Motors**<br><br>**Batteries Unlimited**<br>**105 W Fullerton**<br>**Addison, IL 60101** | J | | | 6/12<br>**Business Services** | | | | 354.00 |
| Account No. **xxxxxxxxx7570**<br><br>**Baxter Credit Union**<br>**Po Box 8133**<br>**Vernon Hills, IL 60061** | J | | | 6/13<br>**Overdrawn Bank Account** | | | | 50.00 |
| Account No. **xxxxxxxxxxxx1904**<br><br>**Best Buy Credit Services**<br>**Po Box 688910**<br>**Des Moines, IA 50368** | J | | | 6/13<br>**Misc. Charge Card Purchases** | | | | 789.00 |
| Account No.<br><br>**Estate Information Services**<br>**DBA Eis Collections**<br>**Po Box 1730**<br>**Reynoldsburg, OH 43068** | | | | **Additional Notice**<br>**Best Buy Credit Services** | | | | Notice Only |
| Account No.<br><br>**LTD Financial Services, LP**<br>**7322 Southwest Freeway**<br>**Ste 1600**<br>**Houston, TX 77074** | | | | **Additional Notice**<br>**Best Buy Credit Services** | | | | Notice Only |

Sheet no. __6___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                1,193.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Jankowski, Jr,**
        **Laura Cecilia Jankowski**
Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1256**<br><br>**Bill Me Later**<br>**Po Box 2394**<br>**Omaha, NE 68103** | | J | **6/12**<br>**Misc. Credit Card Purchases** | | | | **3,390.00** |
| Account No. **xxxxxxxxxx3492**<br><br>**Capital Bankcard**<br>**Po Box 6600**<br>**Hagerstown, MD 21740** | | J | **6/13**<br>**Business Fees** | | | | **50.00** |
| Account No. **xxxx-xxxx-xxxx-0922**<br><br>**Capital One**<br>**Po Box 71083**<br>**Charlotte, NC 28272** | | J | **6/13**<br>**Misc. Credit Card Purchases** | | | | **1,234.00** |
| Account No.<br><br>**Nelson, Watson & Associates**<br>**80 Merrimack Street**<br>**Lower Level**<br>**Haverhill, MA 01830** | | | **Additional Notice**<br>**Capital One** | | | | **Notice Only** |
| Account No.<br><br>**Nelson, Watson & Associates**<br>**Po Box 1299**<br>**Haverhill, MA 01830** | | | **Additional Notice**<br>**Capital One** | | | | **Notice Only** |

Sheet no. __7___ of __35___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,674.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**　　　　　　　　　　　　　　Case No. _____
　　　**Laura Cecilia Jankowski**
_____,
　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8348** <br><br> **Capital One** <br> **Po Box 30281** <br> **Salt Lake City, UT 84130** | | J | 6/13 <br> **Misc. Credit Card Purchases** | | | | 1,941.00 |
| Account No. <br><br> **Alliance One Receivables Mgmt** <br> **4850 E Street Rd** <br> **Suite 300** <br> **Feasterville Trevose, PA 19053** | | | Additional Notice <br> Capital One | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-7244** <br><br> **Capital One** <br> **Po Box 85520** <br> **Richmond, VA 23285** | | J | 6/13 <br> **Misc. Charge Card Purchases** | | | | 1,482.00 |
| Account No. <br><br> **Alliance One Receivables Mgmt** <br> **Po Box 311** <br> **Southeastern, PA 19398** | | | Additional Notice <br> Capital One | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-6496** <br><br> **Capital One** <br> **Po Box 71083** <br> **Charlotte, NC 28272** | | J | 6/13 <br> **Misc. Charge Card Purchases** | | | | 1,475.00 |

Sheet no. __**8**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　4,898.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Jankowski, Jr,**
    **Laura Cecilia Jankowski**
                                             **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-8624** | | | | 6/13 Misc. Credit Card Purchases | | | | |
| **Capital One** Po Box 71083 Charlotte, NC 28272 | | J | | | | | | 1,408.00 |
| Account No. **xxxx-xxxx-xxxx-1259** | | | | 6/13 Misc. Charge Card Purchases | | | | |
| **Capital One Bank** Po Box 30281 Salt Lake City, UT 84130 | | J | | | | | | 884.00 |
| Account No. | | | | Additional Notice Capital One Bank | | | | Notice Only |
| **Alliance One Receivables Mgmt** 4850 E Street Rd Suite 300 Feasterville Trevose, PA 19053 | | | | | | | | |
| Account No. **xx2166** | | | | 6/13 Business Services | | | | |
| **Carsforsale.com** Po Box 91537 Sioux Falls, SD 57109 | | J | | | | | | 59.00 |
| Account No. **xxxx-xxxx-xxxx-6249** | | | | 6/13 Business Line of Credit | | | | |
| **Chase** Po Box 15153 Wilmington, DE 19886 | | J | | | | | | 6,314.00 |

Sheet no. __9__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,665.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **David Jankowski, Jr,**
    **Laura Cecilia Jankowski**

Case No. _____

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3880**<br><br>**Chase**<br>**Po Box 15153**<br>**Wilmington, DE 19886** | | J | **6/13**<br>**Misc. Credit Card Purchases** | | | | **2,904.00** |
| Account No. **xxxxxxxxxxxxx6859**<br><br>**Chase Bank**<br>**Po Box 15548**<br>**Wilmington, DE 19850** | | J | **6/13**<br>**Overdrawn Checking Account** | | | | **1,782.00** |
| Account No.<br><br>**LTD Financial Services, LP**<br>**7322 Southwest Freeway**<br>**Ste 1600**<br>**Houston, TX 77074** | | | **Additional Notice**<br>**Chase Bank** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-8190**<br><br>**Chase Card Services**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | J | **6/13**<br>**Misc. Credit Card Purchases** | | | | **1,985.00** |
| Account No. **xxxxx2585**<br><br>**Chicago Tribune - Tribune Media**<br>**14839 Collections Center Dr**<br>**Chicago, IL 60693** | | J | **6/13**<br>**Business Services** | | | | **6,500.00** |

Sheet no. __10__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,171.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **David Jankowski, Jr,**                                    Case No. _____
       **Laura Cecilia Jankowski**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Biehl & Biehl** **Po Box 87410** **Carol Stream, IL 60188** | | | **Additional Notice** **Chicago Tribune - Tribune Media** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Franks, Gerkin, McKenna PC** **19333 E Grant Highway** **Marengo, IL 60152** | | | **Additional Notice** **Chicago Tribune - Tribune Media** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Levy Diamond Bello & Associates** **Po Box 352** **Milford, CT 06460** | | | **Additional Notice** **Chicago Tribune - Tribune Media** | | | | **Notice Only** |
| Account No. **xxxx1441** | | J | 6/12 **Auto Loan (2004 Cadillac SRX)** | | | | |
| **Citizens Finance of Illinois** **405 N Eola Rd** **Unit D** **Aurora, IL 60502** | | | | | | | **13,664.00** |
| Account No. | | | | | | | |
| **Franks, Gerkin, McKenna PC** **19333 E Grant Highway** **Marengo, IL 60152** | | | **Additional Notice** **Citizens Finance of Illinois** | | | | **Notice Only** |

Sheet no. __11__ of __35__ sheets attached to Schedule of                    Subtotal                  | **13,664.00**
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Jankowski, Jr,**
　　　   **Laura Cecilia Jankowski**

Case No. _____

_____,
　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5640**<br><br>**City of Chicago**<br>**Department of Revenue**<br>**Po Box 88292**<br>**Chicago, IL 60680** | | J | 8/13<br>Tickets | | | | 2,215.00 |
| Account No. **0512**<br><br>**City of Elgin**<br>**150 Dexter Ct**<br>**Elgin, IL 60120** | | J | 6/14<br>Fines (business) | | | | 50.00 |
| Account No. **0102**<br><br>**City of Elgin**<br>**150 Dexter Ct**<br>**Elgin, IL 60120** | | J | 5/14<br>Tickets | | | | 60.00 |
| Account No. **9788**<br><br>**City of Evanston**<br>**Bankruptcy Dept**<br>**2100 Ridge Ave, Room 2700**<br>**Evanston, IL 60201** | | J | 7/13<br>Ticket | | | | 25.00 |
| Account No. **xxxxxxxxxxxx5452**<br><br>**Comcast**<br>**2508 W Route 120**<br>**McHenry, IL 60050** | | J | 6/13<br>Old Rent/Utilities | | | | 264.00 |

Sheet no. __**12**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,614.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**                                   Case No. _____
**Laura Cecilia Jankowski**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Focus Receivables Mgmt** <br> **1130 Northchase Pk** <br> **Suite 150** <br> **Marietta, GA 30067** | | | Additional Notice <br> Comcast | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx0573** <br><br> **Comcast Cable** <br> **Po Box 3002** <br> **Southeastern, PA 19398** | | J | 6/13 <br> Old Rent/Utilities | | | | **696.00** |
| Account No. <br><br> **ARC Group** <br> **1012 State College Rd** <br> **Suite 202** <br> **Dover, DE 19904** | | | Additional Notice <br> Comcast Cable | | | | **Notice Only** |
| Account No. **Morgan** <br><br> **D&M Motorsports** <br> **c/o Mike Colando Jr** <br> **22W231 North Ave** <br> **Glen Ellyn, IL 60137** | | J | 6/12 <br> Business Services | | | | **100,000.00** |
| Account No. **Morgan Motors** <br><br> **Dealer Car Search** <br> **221 S Hurstbourne Pkwy** <br> **#101** <br> **Louisville, KY 40222** | | J | 6/13 <br> Business Services | | | | **198.00** |

Sheet no. __13__ of __35__ sheets attached to Schedule of               Subtotal                **100,894.00**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**  Case No. _____
       **Laura Cecilia Jankowski**
                                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxx2217 <br><br>**Dell Financial Services** <br>**Po Box 5275** <br>**Carol Stream, IL 60197** | | J | 6/11 <br>Misc. Charge Card Purchases | | | | 6,037.00 |
| Account No. <br><br>**American Recovery Service, Inc** <br>**555 St Charles Dr** <br>**Suite 100** <br>**Thousand Oaks, CA 91360** | | | Additional Notice <br>Dell Financial Services | | | | Notice Only |
| Account No. xxxxx8466 <br><br>**Doctors Immediate Care** <br>**18W511 Roosevelt Rd** <br>**Lombard, IL 60148** | | J | 2011 <br>Business Services | | | | 1,000.00 |
| Account No. xxxxxx2101 <br><br>**Erie Insurance** <br>**4690 Munson St NW** <br>**Canton, OH 44718** | | J | 7/12 <br>Surety Bond | | | | 20,000.00 |
| Account No. 3572 <br><br>**Express Auto Finance** <br>**Po Box 59425** <br>**Chicago, IL 60659** | | J | 6/13 <br>Auto Loan (2008 Cadillac DTS) | | | | 12,523.00 |

Sheet no. __14__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **39,560.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Jankowski, Jr,**
       **Laura Cecilia Jankowski**
                                          Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Chaet Geleerd**<br>**30 N LaSalle**<br>**Suite 3200**<br>**Chicago, IL 60602** | | | Additional Notice<br>**Express Auto Finance** | | | | **Notice Only** |
| Account No. **Morgan** <br><br>**Express Motor Cars**<br>**670 E Northwest Highway**<br>**Arlington Heights, IL 60004** | | J | 2013<br>**Business Inventory** | | | | **17,500.00** |
| Account No. **xxxxxxxxxxxx7010** <br><br>**Fashion Bug/Comenity Bank**<br>**Po Box 659728**<br>**San Antonio, TX 78265** | | J | 6/12<br>**Misc. Charge Card Purchases** | | | | **309.00** |
| Account No. <br><br>**Credit Control LLC**<br>**5757 Phantom Dr**<br>**Suite 330**<br>**Hazelwood, MO 63042** | | | Additional Notice<br>**Fashion Bug/Comenity Bank** | | | | **Notice Only** |
| Account No. **Morgan** <br><br>**Fast Business Funding**<br>**303 5th Avenue**<br>**Suite 501-503**<br>**New York, NY 10016** | | J | 6/13<br>**Business Loan** | | | | **62,000.00** |

Sheet no. __15__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**79,809.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**
　　　 **Laura Cecilia Jankowski**　　　　　　　　　　　　　　　　　Case No. _____
_____,
　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Capital Stack** **11 Broadway** **Suite 814** **New York, NY 10004** | | | | | **Additional Notice** **Fast Business Funding** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Jaffe & Asher LLP** **600 Third Ave** **23rd Floor** **New York, NY 10016** | | | | | **Additional Notice** **Fast Business Funding** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **MCA Recovery LLC** **160 Pearl St** **5th Floor** **New York, NY 10005** | | | | | **Additional Notice** **Fast Business Funding** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Yellowstone Capital** **160 Pearl St** **New York, NY 10005** | | | | | **Additional Notice** **Fast Business Funding** | | | | **Notice Only** |
| Account No. **xxxxx6833** | | | | | **6/13** **Business Services** | | | | |
| **FedEx** **Po Box 94515** **Palatine, IL 60094** | J | | | | | | | | **80.00** |

Sheet no. __16__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**80.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**
**Laura Cecilia Jankowski**

Case No. _____

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4753**<br><br>**Finance Express**<br>**30071 Tomas**<br>**Suite 250**<br>**Rancho Santa Margarita, CA 92688** | | J | 6/13<br>**Business Services** | | | | 384.00 |
| Account No. **xxxxxx9901**<br><br>**Fiserv**<br>**c/o Crestwood Group LLC**<br>**Po Box 22928**<br>**Beachwood, OH 44122** | | J | 6/12<br>**Collection** | | | | 133.00 |
| Account No. **xx-xxxx9021**<br><br>**Flood Brothers**<br>**Po Box 4560**<br>**Carol Stream, IL 60197** | | J | 6/13<br>**Business Services** | | | | 239.00 |
| Account No. **xxxx-xxxx-xxxx-5037**<br><br>**GE Capital Retail Bank**<br>**Po Box 960061**<br>**Orlando, FL 32896** | | J | 6/12<br>**Misc. Charge Card Purchases** | | | | 1,382.00 |
| Account No.<br><br>**Portfolio Recovery Associates LLC**<br>**Po Box 12914**<br>**Norfolk, VA 23541** | | | **Additional Notice**<br>**GE Capital Retail Bank** | | | | **Notice Only** |

Sheet no. __17__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,138.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**                              Case No. _____
       **Laura Cecilia Jankowski**
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0699** <br><br> **Geico Insurance** <br> **One Geico Center** <br> **Macon, GA 31295** | | J | 6/14 <br> Insurance | | | | 104.00 |
| Account No. <br><br> **Credit Collection Services** <br> **Po Box 773** <br> **Needham Heights, MA 02494** | | | Additional Notice <br> Geico Insurance | | | | Notice Only |
| Account No. **Morgan** <br><br> **Hanover Park Cx** <br> **1018 S Barrington Rd** <br> **Streamwood, IL 60107** | | J | 6/13 <br> Return Check Fees | | | | 514.00 |
| Account No. **xxxxxxxxxxx8577** <br><br> **HH Gregg/GECRB** <br> **Po Box 960061** <br> **Orlando, FL 32896** | | J | 6/13 <br> Misc. Charge Card Purchases | | | | 854.00 |
| Account No. <br><br> **Atlantic Credit & Finance** <br> **2727 Franklin Rd** <br> **Roanoke, VA 24014** | | | Additional Notice <br> HH Gregg/GECRB | | | | Notice Only |

Sheet no. __18__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,472.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**  Case No. _____
**Laura Cecilia Jankowski**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Atlantic Credit & Finance** <br>**Po Box 13386** <br>**Roanoke, VA 24033** | | | Additional Notice <br>HH Gregg/GECRB | | | | **Notice Only** |
| Account No. <br><br>**Simm Associates Inc** <br>**800 Pencader Dr** <br>**Newark, DE 19702** | | | Additional Notice <br>HH Gregg/GECRB | | | | **Notice Only** |
| Account No. <br><br>**SYNCB** <br>**Po Box 965036** <br>**Orlando, FL 32896** | | | Additional Notice <br>HH Gregg/GECRB | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx0292 <br><br>**Home Depot Credit Services** <br>**Po Box 653000** <br>**Dallas, TX 75265** | | J | 6/13 <br>Misc. Charge Card Purchases | | | | **3,096.00** |
| Account No. xxxxxxxxxxxx8953 <br><br>**Home Depot Credit Services** <br>**Po Box 653000** <br>**Dallas, TX 75265** | | J | 6/13 <br>Misc. Charge Card Purchases | | | | **500.00** |

Sheet no. __19__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **3,596.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Jankowski, Jr,**                                          Case No. _____
**Laura Cecilia Jankowski**
_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Northland Group** Po Box 390846 Minneapolis, MN 55439 | | | Additional Notice Home Depot Credit Services | | | | Notice Only |
| Account No. **Morgan** **IBS c/o Don Patel** 158 N Brandon Dr Suite 1A Glendale Heights, IL 60139 | | J | 6/13 Business Services | | | | 12,000.00 |
| Account No. **Morgan** **Identifix** 3058 E Sunset Rd Suite 113 Las Vegas, NV 89120 | | J | 2013 Business Supplies | | | | 200.00 |
| Account No. **9800** **Illinois Secretary of State** 17 N State St Room 1100 Chicago, IL 60602 | | J | 10/13 Fines | | | | 2,505.00 |
| Account No. **Morgan** **Illinois State Toll Hwy Authority** 2700 Ogden Ave Downers Grove, IL 60515 | | J | 12/13 Tolls | | | | 7,112.00 |

Sheet no. __20__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                21,817.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**
    **Laura Cecilia Jankowski**
                                             ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **xxxGMO1**<br><br>**Insure on the Spot**<br>**5485 North Elston Ave**<br>**Chicago, IL 60630** | | J | | 6/13<br>**Insurance** | | | | 1,000.00 |
| Account No. **xxxxx9901**<br><br>**Itasca Bank and Trust Co**<br>**308 W Irving Park Rd**<br>**Itasca, IL 60143** | | J | | 6/13<br>**Overdrawn Bank Account** | | | | 2,110.00 |
| Account No. **Morgan**<br><br>**Karl Jungk Investments**<br>**3515 S Kilkenny Dr**<br>**Crystal Lake, IL 60014** | | J | | 6/13<br>**Business Services** | | | | 48,000.00 |
| Account No.<br><br>**Lee Lockwood**<br>**8600 US Highway 14**<br>**#201**<br>**Crystal Lake, IL 60012** | | | | **Additional Notice**<br>**Karl Jungk Investments** | | | | **Notice Only** |
| Account No. **Morgan**<br><br>**Late Model Motors**<br>**c/o Mike Whiting**<br>**Medinah, IL 60157** | | J | | 6/13<br>**Business Services** | | | | 5,000.00 |

Sheet no. __21__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**56,110.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**
    **Laura Cecilia Jankowski**
                                           ,
                                     Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9670** <br><br> **LegalSheild** <br> **One Pre-Paid Way** <br> **Ada, OK 74820** | | J | **2013** <br> **Legal Services** | | | | 35.00 |
| Account No. <br><br> **Evans Lawenstein Shimanovsky & Mosa** <br> **130 Jefferson St** <br> **Suite 350** <br> **Chicago, IL 60661** | | | **Additional Notice** <br> **LegalSheild** | | | | **Notice Only** |
| Account No. **Jankowski** <br><br> **Lifetime Fitness** <br> **455 Scott Dr** <br> **Bloomingdale, IL 60108** | | J | **6/13** <br> **Membership Fees** | | | | 200.00 |
| Account No. **xx8834** <br><br> **Manheim Auctions** <br> **20401 Cox Ave** <br> **Matteson, IL 60443** | | J | **6/13** <br> **Business Services** | | | | 80.00 |
| Account No. **Morgan** <br><br> **Mary Matthews** <br> **308 Dale Dr** <br> **Apt 2B** <br> **Addison, IL 60101** | | J | **2013** <br> **Refund** | | | | 3,000.00 |

Sheet no. __22__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,315.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __David Jankowski, Jr,__                                    Case No. _____
__Laura Cecilia Jankowski__
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Morgan** <br><br> **MBP Finance Inc** <br> **250 NE Mulberry** <br> **Lees Summit, MO 64086** | | J | 6/12 <br> **Business Services** | | | | 2,500.00 |
| Account No. <br><br> **Ensz & Jester PC** <br> **c/o Wesley Carrillo** <br> **2121 City Center Savage** <br> **Kansas City, MO 64105** | | | **Additional Notice** <br> **MBP Finance Inc** | | | | Notice Only |
| Account No. **xx5797** <br><br> **National Automotive Warehouse** <br> **Po Box 130010** <br> **Saint Paul, MN 55113** | | J | 6/12 <br> **Business Supplies** | | | | 269.00 |
| Account No. **x6567** <br><br> **Nextgear Capital, Inc** <br> **1320 City Center Drive** <br> **Suite 100** <br> **Carmel, IN 46032** | | J | 7/13 <br> **Business Loan** | | | | 50,000.00 |
| Account No. <br><br> **Attorney Gary M Hoke** <br> **1320 City Center Dr** <br> **Suite 100** <br> **Carmel, IN 46032** | | | **Additional Notice** <br> **Nextgear Capital, Inc** | | | | Notice Only |

Sheet no. __23__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          52,769.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**
      **Laura Cecilia Jankowski**

                                                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3079**<br><br>Nicor Gas<br>Po Box 8350<br>Aurora, IL 60507 | | J | 6/13<br>Old Rent/Utilities | | | | 681.00 |
| Account No.<br><br>Arnold Scott Harris PC<br>111 West Jackson Blvd<br>Suite 600<br>Chicago, IL 60604 | | | Additional Notice<br>Nicor Gas | | | | Notice Only |
| Account No. **xxxxxx1057**<br><br>Nordic Energy Services<br>2999 Momentum Pl<br>Chicago, IL 60689 | | J | 6/13<br>Old Rent/Utilities | | | | 1,105.00 |
| Account No. **Morgan**<br><br>North Ave and Route 83 Currency Exc<br>683 W North Ave<br>Elmhurst, IL 60126 | | J | 9/13<br>Returned Check | | | | 80.00 |
| Account No. **xxx8597**<br><br>Northern Leasing System Inc<br>Po Box 7861<br>New York, NY 10116 | | J | 6/13<br>Old Rent/Utilities | | | | 2,546.00 |

Sheet no. __24__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
      (Total of this page)
                    4,412.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**              Case No. _____
       **Laura Cecilia Jankowski**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx6573**<br><br>**Nowcom**<br>**4751 Wilshire Blvd**<br>**Suite 115**<br>**Los Angeles, CA 90010** | | J | | 6/13<br>**Business Services** | | | | 109.00 |
| Account No. **xx4824**<br><br>**Owen's Worldwide Enterprises**<br>**DBA Windy City Wheels Magazine**<br>**125 Fairfield Way, Suite 380**<br>**Bloomingdale, IL 60108** | | J | | 4/11<br>**Business Expenses** | | | | 5,690.00 |
| Account No.<br><br>**Attorney Edward M Rothschild**<br>**16 Monterey Dr**<br>**Vernon Hills, IL 60061** | | | | Additional Notice<br>**Owen's Worldwide Enterprises** | | | | Notice Only |
| Account No.<br><br>**Attorney Paul Marzano**<br>**2020 Calamos Court**<br>**Suite 200**<br>**Naperville, IL 60563** | | | | Additional Notice<br>**Owen's Worldwide Enterprises** | | | | Notice Only |
| Account No. **Morgan**<br><br>**Palatine North Cur**<br>**c/o Sorman Frankel Ltd**<br>**180 N LaSalle 2700**<br>**Chicago, IL 60601** | | J | | Unkn<br>**Business Services** | | | | 875.00 |

Sheet no. __25__ of __35__ sheets attached to Schedule of        Subtotal        6,674.00
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Jankowski, Jr,**
**Laura Cecilia Jankowski**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Sorman Frankel Ltd 180 N LaSalle Suite 2700 Chicago, IL 60601 | | | Additional Notice Palatine North Cur | | | | Notice Only |
| Account No. xxxxxxxx7128 | | | Unkn Fees | | | | |
| Palatine North Currency 185 W Northwest Hwy Palatine, IL 60067 | | J | | | | X | 875.00 |
| Account No. | | | | | | | |
| Sorman Frankel Ltd 180 N LaSalle Suite 2700 Chicago, IL 60601 | | | Additional Notice Palatine North Currency | | | | Notice Only |
| Account No. xx1261 | | | 6/13 Business Services | | | | |
| Paycor 644 Linn St Suite 200 Cincinnati, OH 45203 | | J | | | | | 80.00 |
| Account No. xxxxxxxxxxx1283 | | | 6/13 Business Services | | | | |
| PayPal Smart Connect/GECRB Po Box 960080 Orlando, FL 32896 | | J | | | | | 460.00 |

Sheet no. __26__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,415.00

B6F (Official Form 6F) (12/07) - Cont.

In re **David Jankowski, Jr,**
**Laura Cecilia Jankowski**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Portfolio Recovery Associates LLC Po Box 12914 Norfolk, VA 23541** | | | | | Additional Notice **PayPal Smart Connect/GECRB** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **SYNCB Po Box 965005 Orlando, FL 32896** | | | | | Additional Notice **PayPal Smart Connect/GECRB** | | | | **Notice Only** |
| Account No. **Morgan** | | | | | 6/07 **Old Rent/Utilities** | | | | |
| **Prairie Centers Management Company Po Box 761 Itasca, IL 60143** | | J | | | | | | | **55,000.00** |
| Account No. **xxxxxx1811** | | | | | 2009 **Medical Services** | | | | |
| **Provena St. Joseph Hospital 77 N Airlite St Elgin, IL 60123** | | J | | | | | | | **500.00** |
| Account No. | | | | | | | | | |
| **Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099** | | | | | Additional Notice **Provena St. Joseph Hospital** | | | | **Notice Only** |

Sheet no. __27__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**55,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**
    **Laura Cecilia Jankowski**
                                           ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9212** <br><br> **Quest Diagnostics** <br> **Po Box 809403** <br> **Chicago, IL 60680** | | J | 6/13 <br> **Medical Services** | | | | 88.00 |
| Account No. <br><br> **Invoice Audit Services** <br> **Po Box 559** <br> **Moon Twp, PA 15108** | | | **Additional Notice** <br> **Quest Diagnostics** | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-9976** <br><br> **Sears Mastercard/Citibank** <br> **Po Box 183082** <br> **Columbus, OH 43218-3082** | | J | 6/13 <br> **Misc. Charge Card Purchases** | | | | 3,602.00 |
| Account No. <br><br> **Northland Group** <br> **Po Box 390846** <br> **Minneapolis, MN 55439** | | | **Additional Notice** <br> **Sears Mastercard/Citibank** | | | | Notice Only |
| Account No. **xxxxx9138** <br><br> **Sears/CBNA** <br> **Po Box 6282** <br> **Sioux Falls, SD 57117** | | J | 6/13 <br> **Misc. Charge Card Purchases** | | | | 1,475.00 |

Sheet no. __28__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,165.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Jankowski, Jr,**
**Laura Cecilia Jankowski**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nelson, Watson & Associates** <br> **80 Merrimack Street** <br> **Lower Level** <br> **Haverhill, MA 01830** | | | Additional Notice <br> Sears/CBNA | | | | **Notice Only** |
| Account No. <br><br> **Nelson, Watson & Associates** <br> **Po Box 1299** <br> **Haverhill, MA 01830** | | | Additional Notice <br> Sears/CBNA | | | | **Notice Only** |
| Account No. **xxxxx5540** <br><br> **Snap-On Credit** <br> **950 Technology Way** <br> **Sutie 301** <br> **Libertyville, IL 60048** | | J | 6/10 <br> Business Supplies | | | | **7,148.00** |
| Account No. **xxxxxxxx8029** <br><br> **Springleaf Financial** <br> **Po Box 3251** <br> **Evansville, IN 47731** | | J | 6/08 <br> Personal Loan | | | | **11,288.00** |
| Account No. **xxx1983** <br><br> **Stanislays Credit Control** <br> **914 14th St** <br> **Po Box 480** <br> **Modesto, CA 95354** | | J | Unkn <br> Medical Services | | | | **213.00** |

Sheet no. __29__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,649.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Jankowski, Jr,**
    **Laura Cecilia Jankowski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx8657** <br><br>**Supermedia LLC** <br>**Po Box 619009** <br>**Dallas, TX 75261** | | J | 6/10 <br>**Business Services** | | | | 3,832.00 |
| Account No. <br><br>**Convergent Outsourcing** <br>**800 SW 39th St** <br>**Renton, WA 98057** | | | **Additional Notice** <br>**Supermedia LLC** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx5037** <br><br>**Sync Bank Luxury** <br>**Po Box 965036** <br>**Orlando, FL 32896** | | J | 2013 <br>**Misc. Credit Card Purchases** | | | | 1,746.00 |
| Account No. **Morgan** <br><br>**Terri Colando** <br>**6 N 333 Greenwood** <br>**Medinah, IL 60157** | | J | 6/13 <br>**Business Services** | | | | 5,000.00 |
| Account No. **Morgan Motors** <br><br>**The Clear Alternative** <br>**Po Box 301** <br>**Winfield, IL 60190** | | J | 6/13 <br>**Business Services** | | | | 126.00 |

Sheet no. __30__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,704.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **David Jankowski, Jr,**                                          Case No. _____
     **Laura Cecilia Jankowski**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3720**<br><br>**The Papers Inc**<br>**206 S Main St**<br>**Milford, IN 46542** | | J | 6/12<br>**Business Services** | | | | 1,780.00 |
| Account No.<br><br>**Law Office Michael Davis Weis**<br>**Po Box 1166**<br>**Northbrook, IL 60065** | | | Additional Notice<br>**The Papers Inc** | | | | **Notice Only** |
| Account No. **xxxxx5706**<br><br>**Tmobile**<br>**Po Box 742546**<br>**Cincinnati, OH 45274** | | J | 6/13<br>**Old Rent/Utilities** | | | | 2,353.00 |
| Account No.<br><br>**Receivables Performance Mgmt**<br>**20816 44th Ave W**<br>**Lynnwood, WA 98036** | | | Additional Notice<br>**Tmobile** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx2170**<br><br>**Toys R Us/GECRB**<br>**Po Box 530938**<br>**Atlanta, GA 30353** | | J | 6/13<br>**Misc. Charge Card Purchases** | | | | 637.00 |

Sheet no. __31__ of __35__ sheets attached to Schedule of          Subtotal          4,770.00
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Jankowski, Jr,**
       **Laura Cecilia Jankowski**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Leading Edge Recovery Solutions 5440 N Cumberland Ave Ste 300 Chicago, IL 60656** | | | Additional Notice Toys R Us/GECRB | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Sync Po Box 965001 Orlando, FL 32896** | | | Additional Notice Toys R Us/GECRB | | | | **Notice Only** |
| Account No. **xxxxx5452** | | | 6/13 Insurance | | | | |
| **Travelers Insurance Po Box 660307 Dallas, TX 75266** | J | | | | | | **1,668.00** |
| Account No. | | | | | | | |
| **Receivable Management Services 7250 E Diehl Rd Suite 300 Naperville, IL 60563** | | | Additional Notice Travelers Insurance | | | | **Notice Only** |
| Account No. **Morgan** | | | 6/13 Business Services | | | | |
| **United Parcel Service Lockbox 577 Carol Stream, IL 60132** | J | | | | | | **1.00** |

Sheet no. __32__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,669.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Jankowski, Jr,**                                                Case No. _____
        **Laura Cecilia Jankowski**

_____ ,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **2447** <br><br> **Village of Arlington Heights** <br> **33 S Arlingotn Heights Rd** <br> **Arlington Heights, IL 60005** | | | J | | 11/13 <br> Tickets | | | | 30.00 |
| Account No. **6362** <br><br> **Village of Bellwood** <br> **3200 Washington Blvd** <br> **Bellwood, IL 60104** | | | J | | 1/13 <br> Tickets | | | | 1,450.00 |
| Account No. **2798** <br><br> **Village of Forest View** <br> **7000 West 46th St** <br> **Berwyn, IL 60402** | | | J | | 11/13 <br> Ticket | | | | 150.00 |
| Account No. **0809** <br><br> **Village of Glendale Heights** <br> **300 Civic Center Plaza** <br> **Glendale Heights, IL 60139** | | | J | | 6/13 <br> Tickets | | | | 50.00 |
| Account No. **xxxxxxxxxxxx8037** <br><br> **Walmart/GECB** <br> **Po Box 965024** <br> **Orlando, FL 32896** | | | J | | 6/13 <br> Misc. Charge Card Purchases | | | | 916.00 |

Sheet no. __**33**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,596.00

B6F (Official Form 6F) (12/07) - Cont.

In re **David Jankowski, Jr,**                                                    Case No. _____
       **Laura Cecilia Jankowski**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Leading Edge Recovery Solutions**<br>**5440 N Cumberland Ave**<br>**Ste 300**<br>**Chicago, IL 60656** | | | Additional Notice<br>**Walmart/GECB** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx0118** <br><br>**Waste Management**<br>**ATTN: Commercial Billing**<br>**700 E Butterfield Rd 4th Floor**<br>**Lombard, IL 60148** | | J | 6/13<br>**Business Services** | | | | **246.00** |
| Account No. <br><br>**Receivable Management Service**<br>**4836 Brecksville Rd**<br>**Richfield, OH 44286** | | | Additional Notice<br>**Waste Management** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-4104** <br><br>**Wells Fargo Financial**<br>**Po Box 660041**<br>**Dallas, TX 75266** | | J | 6/13<br>**Misc. Credit Card Purchases** | | | | **2,968.00** |
| Account No. <br><br>**Wells Fargo**<br>**Po Box 14547**<br>**Des Moines, IA 50306** | | | Additional Notice<br>**Wells Fargo Financial** | | | | **Notice Only** |

Sheet no. __**34**__ of __**35**__ sheets attached to Schedule of                Subtotal                    **3,214.00**
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Jankowski, Jr,**
    **Laura Cecilia Jankowski**
_____,
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9935** <br><br> **Wells Fargo Financial** <br> **Po Box 14487** <br> **Des Moines, IA 50306** | | J | **6/13** <br> **Misc. Credit Card Purchases** | | | | **5,405.00** |
| Account No. **Morgan** <br><br> **Xtreme Detail** <br> **2017 Bloomingdale Rd** <br> **Glendale Heights, IL 60139** | | J | **6/13** <br> **Business Services** | | | | **180.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __35__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | **5,585.00** |
| Total <br> (Report on Summary of Schedules) | | **553,442.00** |

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **David Jankowski, Jr,**                                      Case No. _____
         **Laura Cecilia Jankowski**

_____,
                                   Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Ally Financial**<br>**Po Box 380901**<br>**Minneapolis, MN 55438** | **Auto Lien**<br>**2008 Cadillac Escalade** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **David Jankowski, Jr,**                                         Case No. _____
         **Laura Cecilia Jankowski**

_____,
                        Debtors

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **David Jankowski, Jr** |
| Debtor 2<br>(Spouse, if filing) | **Laura Cecilia Jankowski** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                                12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | Occupation | **Dealer Representative (1099)** | **Self-Employed** |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

### Part 2:      Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1  **David Jankowski, Jr**
Debtor 2  **Laura Cecilia Jankowski**                              Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 3,276.04 | $ 73.06 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: **Roommate Contributions** | 8h.+ | $ 400.00 + | $ 0.00 |
| **Uber Driver** | | $ 0.00 | $ 112.33 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 3,676.04   $ 185.39

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 3,676.04  +  $ 185.39  =  $ 3,861.43
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 3,861.43

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■ No.
   ☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **David Jankowski, Jr** |
| Debtor 2 (Spouse, if filing) | **Laura Cecilia Jankowski** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                                  12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:**      **Describe Your Household**

1.   **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

☐ ■ No

☐ Yes. Debtor 2 must file a separate Schedule J.

2.   **Do you have dependents?**        ☐ No

Do not list Debtor 1 and Debtor 2.     ■ Yes.   Fill out this information for each dependent..............

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ■ Yes |
| **Daughter** | **9 Years** | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**

■ No
☐ Yes

---

**Part 2:**      **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,800.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | **David Jankowski, Jr** | |
|---|---|---|
| Debtor 2 | **Laura Cecilia Jankowski** | Case number (if known) |

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 275.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 100.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 180.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 600.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 200.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | 3,855.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 3,861.43 |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. -$ | 3,855.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 6.43 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **David Jankowski, Jr**
**Laura Cecilia Jankowski**
_____
Debtor(s)

Case No. _____

Chapter **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **53** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November  7, 2014**          Signature  **/s/ David Jankowski, Jr**
                                                **David Jankowski, Jr**
                                                Debtor

Date  **November  7, 2014**          Signature  **/s/ Laura Cecilia Jankowski**
                                                **Laura Cecilia Jankowski**
                                                Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **David Jankowski, Jr**
**Laura Cecilia Jankowski**                                    Case No.
_____                    _____
                              Debtor(s)          Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$38,426.00** | **2014 YTD: Debtor 1099 Income** |
| **$1,033.00** | **2014 YTD: Spouse Business Income (Jewelry Sales)** |
| **$548.00** | **2014 YTD: Spouse Business Income (Uber Driver)** |

B7 (Official Form 7) (04/13)
2

## 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,000.00** | **2014 YTD: Roommate Contributions** |

## 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Bank, NA v David Jankowski and Laura Jankowski** **Case No: 14-CH-203** | **Foreclosure** | **Kane County Circuit Court** **540 S Randall Rd** **Saint Charles, IL 60174** | **Pending** |
| **Mary A Matthew v Morgan Motors** **Case No: 2013-SC-003462** | **Civil - Contract** | **DuPage County Judicial Center** **505 North County Farm Rd** **Wheaton, IL 60187** | **Dismissed** **12/13** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chicago Tribune Co v Morgan Motors**<br>**Case No: 14-SC-3153** | **Civil - Contract** | **Kane County Circuit Court**<br>**540 S Randall Rd**<br>**Saint Charles, IL 60174** | **Pending** |
| **Palatine North Currency Exchange v Morgan**<br>**Motors; Laura Janowski**<br>**Case No: 2014-M1-137128** | **Civil - Contract** | **Circuit Court of Cook County**<br>**Richard J Daley Center**<br>**50 W Washington St**<br>**Chicago, IL 60602** | **Pending** |
| **Nextgear Capital, Inc v Morgan Motors, Inc;**<br>**Laura Jankowski; David Jankowski, Jr.**<br>**Case No: 2013-CC-9543** | **Civil - Contract** | **Circuit Court Hamilton Indiana**<br>**1 Hamilton County Sq**<br>**Suite 106'Noblesville, IN 46060** | **Pending** |
| **Citizens Finance of Illinois v David Jankowski**<br>**Case No: 14-AR-380** | **Civil - Contract** | **Kane County Circuit Court**<br>**540 S Randall Rd**<br>**Saint Charles, IL 60174** | **Pending** |
| **Express Auto Finance v David Jankowski**<br>**Case No: 2014-M1-124957** | **Civil - Contract** | **Circuit Court of Cook County**<br>**Richard J Daley Center**<br>**50 W Washington St**<br>**Chicago, IL 60602** | **Judgment**<br>**7/14** |
| **Karl Jungk Investments LLC v Morgan Motors;**<br>**David Jankowski; Laura Jankowski**<br>**Case No: 14-AR-000252** | **Civil - Contract** | **Circuit Court of McHenry County**<br>**2200 N Seminary Ave**<br>**Woodstock IL 60098** | **Judgment**<br>**7/14** |

None
☐

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chicago Tribune Circulation**<br>**435 N Michigan Ave**<br>**Chicago, IL 60611** | **10/24/14** | **$170 in Chase checking account 7336 put on legal hold** |

---

    **5. Repossessions, foreclosures and returns**

None
■

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

    **6. Assignments and receiverships**

None
■

    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)
4

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Fonfrias Law Group, LLC**<br>**70 West Madison St**<br>**Suite 1400**<br>**Chicago, IL 60602** | **10/2014** | **$2,300** |
| **001 Debtorcc, Inc**<br>**372 Summit Ave**<br>**Jersey City, NJ 07306** | **10/30/14** | **$25 Pre-bankruptcy credit counseling** |

### 10. Other transfers

None
☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Bobby Prude**<br>**8013 Matterhorn Ct #A**<br>**Crown Point, IN 46307**<br>   **None** | **8/13** | **2008 Cadillac DTS**<br>**Value received: $13,000** |

B7 (Official Form 7) (04/13)

5

**None**  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

**None** ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13
must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Itasca Bank and Trust**<br>**308 W Irving Park Rd**<br>**Itasca, IL 60143** | **Checking Account 9901**<br>**Final Balance: -$2,110** | **Final Balance: -$2,110**<br>**Date Closed: 11/2013** |
| **Chase Bank**<br>**340 S Cleveland Ave**<br>**Bldg 370**<br>**Westerville, OH 43081** | **Checking Account 6859**<br>**Final Balance: -$1,781** | **Final Balance: -$1,781**<br>**Date Closed: 11/2013** |

---

**12. Safe deposit boxes**

**None** ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

**None** ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

**None** ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

**None** ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)
6

### 16. Spouses and Former Spouses

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Morgan Motors, Inc** | 37-1574718 | **21W475 North Ave Lombard, IL 60148** | **Used car dealership** | **11/08 - 9/13** |
| **Laura Cecilia Jankowski** | 6314 | **2245 Toftrees Trail Elgin, IL 60123** | **Jewelry sales** | **11/2013 - present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                 ADDRESS

---

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                           DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME              ADDRESS                 DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                            ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                           DATE ISSUED

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

B7 (Official Form 7) (04/13)
8

## 21 . Current Partners, Officers, Directors and Shareholders

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22 . Former partners, officers, directors and shareholders

None
☐    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23 . Withdrawals from a partnership or distributions by a corporation

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None
☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November  7, 2014**                    Signature  **/s/ David Jankowski, Jr**
                                                          **David Jankowski, Jr**
                                                          Debtor


Date  **November  7, 2014**                    Signature  **/s/ Laura Cecilia Jankowski**
                                                          **Laura Cecilia Jankowski**
                                                          Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **David Jankowski, Jr**
**Laura Cecilia Jankowski**

Case No. _____

Debtor(s)        Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Ally Financial** | **Describe Property Securing Debt:**<br>**2008 Cadillac Escalade ESV**<br>**101,500 miles**<br>**\*\*Check engine light and trim need minor repairs\*\*** |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America Home Loans** | **Describe Property Securing Debt:**<br>**Primary Residence**<br>**4BR 3BA Single Family Home**<br>**2245 Toftrees Trail**<br>**Elgin IL 60123**<br><br>**Purchased 2/07, $315,000** |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**Nationstar Mortgage** | **Describe Property Securing Debt:**<br>**Primary Residence**<br>**4BR 3BA Single Family Home**<br>**2245 Toftrees Trail**<br>**Elgin IL 60123**<br><br>**Purchased 2/07, $315,000** |

Property will be (check one):
- ☐ Surrendered                                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                              ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **November  7, 2014** _____        Signature   **/s/ David Jankowski, Jr** _____
                                                                    **David Jankowski, Jr**
                                                                    Debtor


Date   **November  7, 2014** _____        Signature   **/s/ Laura Cecilia Jankowski** _____
                                                                    **Laura Cecilia Jankowski**
                                                                    Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **David Jankowski, Jr**
       **Laura Cecilia Jankowski**                           Case No. _____

                                     Debtor(s)             Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,300.00 |
| Prior to the filing of this statement I have received | $ | 2,300.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November  7, 2014**                  **/s/ Richard G. Fonfrias**
                                           **Richard G. Fonfrias**
                                           **Fonfrias Law Group, LLC**
                                           **70 West Madison St**
                                           **Suite 1400**
                                           **Chicago, IL 60602**
                                           **(312) 969-0730  Fax: (312) 624-7954**
                                           **rfonfrias2025@gmail.com**

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **David Jankowski, Jr**
       **Laura Cecilia Jankowski** _____

                                     Debtor(s)

Case No. _____

Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**David Jankowski, Jr**
**Laura Cecilia Jankowski** _____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X   **/s/ David Jankowski, Jr** _____    **November  7, 2014**
     Signature of Debtor                          Date

X   **/s/ Laura Cecilia Jankowski** _____    **November  7, 2014**
     Signature of Joint Debtor (if any)         Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **David Jankowski, Jr**
        **Laura Cecilia Jankowski**                                    Case No. _____

                                                    Debtor(s)          Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **167**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **November  7, 2014**              **/s/ David Jankowski, Jr**
                                        **David Jankowski, Jr**
                                        Signature of Debtor

Date:    **November  7, 2014**              **/s/ Laura Cecilia Jankowski**
                                        **Laura Cecilia Jankowski**
                                        Signature of Debtor

1st AYD Corporation
Po Box 5298
Elgin, IL 60121


700 Credit
Po Box 101015
Pasadena, CA 91189


A to Z Auto Sales
c/o Robert Schultz
442 W St Charles Rd
Villa Park, IL 60181


Ace Industrial Recovery Dept
7535 San Fernando Blvd
Burbank, CA 91505


Ace Industrial Supply Inc
7535 San Fernando Blvd
Burbank, CA 91505


ADT
1501 Yamato Rd
Boca Raton, FL 33431


Air Gas USA
6055 Rockside Woods Blvd N
Independence, OH 44131


Alliance One Receivables Mgmt
4850 E Street Rd
Suite 300
Feasterville Trevose, PA 19053


Alliance One Receivables Mgmt
Po Box 311
Southeastern, PA 19398


Ally Financial
Po Box 380901
Minneapolis, MN 55438

Amazon/GE Capital
Attn: Bankruptcy Dept
Po Box 103104
Roswell, GA 30076


Ambit Energy
Po Box 660442
Dallas, TX 75266


American Recovery Service, Inc
555 St Charles Dr
Suite 100
Thousand Oaks, CA 91360


AR Supply
120 Anton Dr
Romeoville, IL 60446


ARC Group
1012 State College Rd
Suite 202
Dover, DE 19904


Armor Systems Co
1700 Kiefer Dr
Suite 1
Zion, IL 60099


Arnold Scott Harris PC
111 West Jackson Blvd
Suite 600
Chicago, IL 60604


AT&T
Bankruptcy Department
PO Box 769
Arlington, TX 76004


Atlantic Credit & Finance
2727 Franklin Rd
Roanoke, VA 24014


Atlantic Credit & Finance
Po Box 13386
Roanoke, VA 24033

Attorney Edward M Rothschild
16 Monterey Dr
Vernon Hills, IL 60061

Attorney Gary M Hoke
1320 City Center Dr
Suite 100
Carmel, IN 46032

Attorney Paul Marzano
2020 Calamos Court
Suite 200
Naperville, IL 60563

Auto Focus
655 W Grand Ave
Suite 120
Elmhurst, IL 60126

Auto Owners Insurance
Po Box 30315
48909

Auto Zone
2035 Bloomingdale
Glendale Heights, IL 60139

AutoTrader
2221 Camden Court
Oak Brook, IL 60523

Bank of America Home Loans
Po Box 26078
Greensboro, NC 27420

Bar None
Po Box 31291
Oakland, CA 94604

Batteries Unlimited
105 W Fullerton
Addison, IL 60101

Baxter Credit Union
Po Box 8133
Vernon Hills, IL 60061

Best Buy Credit Services
Po Box 688910
Des Moines, IA 50368

Biehl & Biehl
Po Box 87410
Carol Stream, IL 60188

Bill Me Later
Po Box 2394
Omaha, NE 68103

Brown and Joseph Ltd
Po Box 59838
Schaumburg, IL 60159

Caine and Weiner
15025 Oxnard St
Suite 100
Van Nuys, CA 91411

Caine and Weiner
1699 E Woodfield Rd
#360
Schaumburg, IL 60173

Capital Bankcard
Po Box 6600
Hagerstown, MD 21740

Capital One
Po Box 71083
Charlotte, NC 28272

Capital One
Po Box 30281
Salt Lake City, UT 84130

Capital One
Po Box 85520
Richmond, VA 23285

Capital One Bank
Po Box 30281
Salt Lake City, UT 84130

Capital Stack
11 Broadway
Suite 814
New York, NY 10004

Carsforsale.com
Po Box 91537
Sioux Falls, SD 57109

Chaet Geleerd
30 N LaSalle
Suite 3200
Chicago, IL 60602

Chase
Po Box 15153
Wilmington, DE 19886

Chase Bank
Po Box 15548
Wilmington, DE 19850

Chase Card Services
Po Box 15298
Wilmington, DE 19850

Chicago Tribune - Tribune Media
14839 Collections Center Dr
Chicago, IL 60693

Citizens Finance of Illinois
405 N Eola Rd
Unit D
Aurora, IL 60502

City of Chicago
Department of Revenue
Po Box 88292
Chicago, IL 60680

City of Elgin
150 Dexter Ct
Elgin, IL 60120


City of Evanston
Bankruptcy Dept
2100 Ridge Ave, Room 2700
Evanston, IL 60201


Comcast
2508 W Route 120
McHenry, IL 60050


Comcast Cable
Po Box 3002
Southeastern, PA 19398


Convergent Outsourcing
800 SW 39th St
Renton, WA 98057


Credit Collection Services
Po Box 773
Needham Heights, MA 02494


Credit Control LLC
5757 Phantom Dr
Suite 330
Hazelwood, MO 63042


Credit Protection Association
13355 Noel Rd
Suite 2100
Dallas, TX 75240


Credit Protection Association
Po Box 9037
Addison, TX 75001


D&M Motorsports
c/o Mike Colando Jr
22W231 North Ave
Glen Ellyn, IL 60137

Dealer Car Search
221 S Hurstbourne Pkwy
#101
Louisville, KY 40222

Dell Financial Services
Po Box 5275
Carol Stream, IL 60197

Doctors Immediate Care
18W511 Roosevelt Rd
Lombard, IL 60148

Enhanced Recovery Comapny
Po Box 57547
Jacksonville, FL 32241

Ensz & Jester PC
c/o Wesley Carrillo
2121 City Center Savage
Kansas City, MO 64105

Erie Insurance
4690 Munson St NW
Canton, OH 44718

Estate Information Services
DBA Eis Collections
Po Box 1730
Reynoldsburg, OH 43068

Evans Lawenstein Shimanovsky & Mosa
130 Jefferson St
Suite 350
Chicago, IL 60661

Express Auto Finance
Po Box 59425
Chicago, IL 60659

Express Motor Cars
670 E Northwest Highway
Arlington Heights, IL 60004

Fashion Bug/Comenity Bank
Po Box 659728
San Antonio, TX 78265


Fast Business Funding
303 5th Avenue
Suite 501-503
New York, NY 10016


FedEx
Po Box 94515
Palatine, IL 60094


Finance Express
30071 Tomas
Suite 250
Rancho Santa Margarita, CA 92688


Fiserv
c/o Crestwood Group LLC
Po Box 22928
Beachwood, OH 44122


Flood Brothers
Po Box 4560
Carol Stream, IL 60197


Focus Receivables Mgmt
1130 Northchase Pk
Suite 150
Marietta, GA 30067


Franks, Gerkin, McKenna PC
19333 E Grant Highway
Marengo, IL 60152


GE Capital Retail Bank
Po Box 960061
Orlando, FL 32896


Geico Insurance
One Geico Center
Macon, GA 31295

Hanover Park Cx
1018 S Barrington Rd
Streamwood, IL 60107


HH Gregg/GECRB
Po Box 960061
Orlando, FL 32896


Home Depot Credit Services
Po Box 653000
Dallas, TX 75265


IBS c/o Don Patel
158 N Brandon Dr
Suite 1A
Glendale Heights, IL 60139


IC System, Inc
444 Highway 96 East
Po Box 64437
Saint Paul, MN 55164


Identifix
3058 E Sunset Rd
Suite 113
Las Vegas, NV 89120


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W Randolph St
Chicago, IL 60601


Illinois Secretary of State
17 N State St
Room 1100
Chicago, IL 60602


Illinois State Toll Hwy Authority
2700 Ogden Ave
Downers Grove, IL 60515


Insure on the Spot
5485 North Elston Ave
Chicago, IL 60630

Invoice Audit Services
Po Box 559
Moon Twp, PA 15108


Itasca Bank and Trust Co
308 W Irving Park Rd
Itasca, IL 60143


Jaffe & Asher LLP
600 Third Ave
23rd Floor
New York, NY 10016


Karl Jungk Investments
3515 S Kilkenny Dr
Crystal Lake, IL 60014


Late Model Motors
c/o Mike Whiting
Medinah, IL 60157


Law Office Michael Davis Weis
Po Box 1166
Northbrook, IL 60065


Law Offices of Brian J Ferber
5611 Fallbrook Ave
Woodland Hills, CA 91367


Leading Edge Recovery Solutions
5440 N Cumberland Ave
Ste 300
Chicago, IL 60656


Lee Lockwood
8600 US Highway 14
#201
Crystal Lake, IL 60012


LegalSheild
One Pre-Paid Way
Ada, OK 74820

Levy Diamond Bello & Associates
Po Box 352
Milford, CT 06460


Lifetime Fitness
455 Scott Dr
Bloomingdale, IL 60108


LTD Financial Services, LP
7322 Southwest Freeway
Ste 1600
Houston, TX 77074


Manheim Auctions
20401 Cox Ave
Matteson, IL 60443


Manley Deas Kochalski
One East Wacker
Suite 1250
Chicago, IL 60601


Mary Matthews
308 Dale Dr
Apt 2B
Addison, IL 60101


MBP Finance Inc
250 NE Mulberry
Lees Summit, MO 64086


MCA Recovery LLC
160 Pearl St
5th Floor
New York, NY 10005


McCarthy Burgess & Wolfe
2600 Cannon Rd
Cleveland, OH 44146


National Automotive Warehouse
Po Box 130010
Saint Paul, MN 55113

Nationstar Mortgage
Po Box 650783
Dallas, TX 75265


Nelson, Watson & Associates
80 Merrimack Street
Lower Level
Haverhill, MA 01830


Nelson, Watson & Associates
Po Box 1299
Haverhill, MA 01830


Nextgear Capital, Inc
1320 City Center Drive
Suite 100
Carmel, IN 46032


Nicor Gas
Po Box 8350
Aurora, IL 60507


Nordic Energy Services
2999 Momentum Pl
Chicago, IL 60689


North Ave and Route 83 Currency Exc
683 W North Ave
Elmhurst, IL 60126


Northern Leasing System Inc
Po Box 7861
New York, NY 10116


Northland Group
Po Box 390846
Minneapolis, MN 55439


Nowcom
4751 Wilshire Blvd
Suite 115
Los Angeles, CA 90010

Owen's Worldwide Enterprises
DBA Windy City Wheels Magazine
125 Fairfield Way, Suite 380
Bloomingdale, IL 60108


Palatine North Cur
c/o Sorman Frankel Ltd
180 N LaSalle 2700
Chicago, IL 60601


Palatine North Currency
185 W Northwest Hwy
Palatine, IL 60067


Paycor
644 Linn St
Suite 200
Cincinnati, OH 45203


PayPal Smart Connect/GECRB
Po Box 960080
Orlando, FL 32896


Portfolio Recovery Associates LLC
Po Box 12914
Norfolk, VA 23541


Prairie Centers Management Company
Po Box 761
Itasca, IL 60143


Pro Consulting Services
c/o Collections Division
Po Box 66510
Houston, TX 77266


Provena St. Joseph Hospital
77 N Airlite St
Elgin, IL 60123


Quest Diagnostics
Po Box 809403
Chicago, IL 60680

Receivable Management Service
4836 Brecksville Rd
Richfield, OH 44286


Receivable Management Services
7250 E Diehl Rd
Suite 300
Naperville, IL 60563


Receivables Performance Mgmt
20816 44th Ave W
Lynnwood, WA 98036


Richard T Avis & Assoc
Po Box 1008
Arlington Heights, IL 60006


Sears Mastercard/Citibank
Po Box 183082
Columbus, OH 43218-3082


Sears/CBNA
Po Box 6282
Sioux Falls, SD 57117


Simm Associates Inc
800 Pencader Dr
Newark, DE 19702


Snap-On Credit
950 Technology Way
Sutie 301
Libertyville, IL 60048


Sorman Frankel Ltd
180 N LaSalle
Suite 2700
Chicago, IL 60601


Springleaf Financial
Po Box 3251
Evansville, IN 47731

Stanislays Credit Control
914 14th St
Po Box 480
Modesto, CA 95354


Supermedia LLC
Po Box 619009
Dallas, TX 75261


Sync
Po Box 965015
Orlando, FL 32896


Sync
Po Box 965001
Orlando, FL 32896


Sync Bank Luxury
Po Box 965036
Orlando, FL 32896


SYNCB
Po Box 965036
Orlando, FL 32896


SYNCB
Po Box 965005
Orlando, FL 32896


Tate & Kirlin
2810 Southampton Rd
Philadelphia, PA 19154


Terri Colando
6 N 333 Greenwood
Medinah, IL 60157


The Clear Alternative
Po Box 301
Winfield, IL 60190


The Papers Inc
206 S Main St
Milford, IN 46542

Tmobile
Po Box 742546
Cincinnati, OH 45274


Toys R Us/GECRB
Po Box 530938
Atlanta, GA 30353


Travelers Insurance
Po Box 660307
Dallas, TX 75266


United Parcel Service
Lockbox 577
Carol Stream, IL 60132


Village of Arlington Heights
33 S Arlingotn Heights Rd
Arlington Heights, IL 60005


Village of Bellwood
3200 Washington Blvd
Bellwood, IL 60104


Village of Forest View
7000 West 46th St
Berwyn, IL 60402


Village of Glendale Heights
300 Civic Center Plaza
Glendale Heights, IL 60139


Walmart/GECB
Po Box 965024
Orlando, FL 32896


Waste Management
ATTN: Commercial Billing
700 E Butterfield Rd 4th Floor
Lombard, IL 60148


Wells Fargo
Po Box 14547
Des Moines, IA 50306

Wells Fargo Financial
Po Box 660041
Dallas, TX 75266


Wells Fargo Financial
Po Box 14487
Des Moines, IA 50306


Xtreme Detail
2017 Bloomingdale Rd
Glendale Heights, IL 60139


Yellowstone Capital
160 Pearl St
New York, NY 10005